**STATE of Missouri, Respondent,**

v.

**Flennord SMITH, Appellant.**

**No. WD 60137.**

Missouri Court of Appeals,
Western District.

July 23, 2002.

Sarah W. Patel, Asst. Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before ROBERT G. ULRICH, P.J., PAUL M. SPINDEN and EDWIN H. SMITH, JJ.

**ORDER**

PER CURIAM.

Flennord Smith appeals his convictions for assault in the first degree, section 565.050, RSMo 2000, and armed criminal action, section 571.015, RSMo 2000, and consecutive sentences of thirty and ten years imprisonment, respectively. In his sole point on appeal, Mr. Smith claims that the trial court plainly erred in failing to declare a mistrial *sua sponte* based on alleged prosecutorial misconduct. The judgment of convictions is affirmed. Rule 30.25(b).